# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:19mj012

UNITED STATES OF AMERICA

V.

Kim Anh Vo

DATE: March 12, 2019
TIMES: 2:05 - 2:18

**Honorable:** Brian K. Epps, United States Magistrate Judge
**Courtroom Deputy:** Courtnay Capps
**Court Reporter:** FTR
**Interpreter:**
**Probation Officer:** Enoch Eller
**Security:** CSO Ingram; USMS Brant, Williams

**Attorney for Government:** Patricia Rhodes
**Attorney for Defendant(s):** Ken Crowder

**PROCEEDINGS:** INITIAL APPEARANCE/REMOVAL HEARING

- [x] All parties present and ready to proceed
- [ ] Interpreter is sworn
- [x] Defendant advised of charges and penalties
- [x] Defendant advised of rights
- [x] Identity Hearing Waived
- [x] Preliminary Hearing Waived
- [x] Request Preliminary Hearing in District of Offense
- [x] Government moves for detention
- [ ] Detention Hearing held

Witness for the Govt:      [ ] Witness sworn
Witness for the Deft:      [ ] Witness sworn

- [x] Defendant Detained Pending Transfer to District of Offense
- [x] Defendant remanded to custody of US Marshal

Notes: Defendant waives identity hearing. Defendant waives preliminary and detention hearings in this district, reserving the right to those hearings in the charging District (SDNY).